G. Warren Bleeker, Bar No. 210834
warren.bleeker@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203
Tel:     626.795.9900
Fax:     626.577.8800

T. Emiliano Aguirre (Admitted *Pro hac vice*)
emiliano.aguirre@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Tel:     602.262.5311
Fax:     602.262.5747

*Attorneys for Secured Creditor*
*Stephanie Masso*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE TEMPLER,<br><br>Debtor. | Case No. 24-bk-41361<br><br>Chapter 13<br><br>**NOTICE OF INTENT TO PROCEED WITH FORECLOSURE PURSUANT TO ORDER GRANTING STIPULATION OF DEBTOR AND SECURED CREDITOR MASSO TO ALLOW DEBTOR TO SELL OR REFINANCE PROPERTY BY MARCH 31, 2025, OR FOR RELIEF FROM THE AUTOMATIC STAY (ECF No. 57)**<br><br>**Filed Concurrently With:**<br>**DECLARATION OF G. WARREN BLEEKER** |

Case: 24-41361    Doc# 79    Filed: 03/13/25    Entered: 03/13/25 11:00:05    Page 1 of 3


WOMBLE BOND DICKINSON

655 North Central Avenue, Suite 2300
Glendale, CA 91203

Stephanie Masso ("Masso", or alternatively, "Secured Creditor"), by and through her counsel G. Warren Bleeker and T. Emiliano Aguirre of the law firm Womble Bond Dickinson (US) LLP, hereby files this Notice of Intent To Proceed With Foreclosure in the above-captioned bankruptcy case of Lisa Marie Templer ("Debtor") in connection with Debtor's failure to fulfill the terms of the Stipulation of Debtor and Secured Creditor Masso to Allow Debtor to Sell or Refinance Property by March 31, 2025 or for Relief from the Automatic Stay (ECF No. 57), arising from Debtor's failure to make the monthly payment of $3791.67 by March 1, 2025, as set forth in the Declaration filed herewith.

Secured Creditor Masso hereby provides Notice of Intent to Proceed With Foreclosure to the Debtor, interested parties, and this Court that Secured Creditor Masso may immediately proceed with the foreclosure sale on March 13, 2025, or anytime thereafter, in compliance with the terms of the Stipulation.

DATED this 13th day of March, 2025      WOMBLE BOND DICKINSON (US) LLP

By:   /s/G. Warren Bleeker
       G. Warren Bleeker

*Attorneys for Secured Creditor*
*Stephanie Masso*

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

NOTICE OF INTENT TO PROCEED
WITH FORECLOSURE
Case No. 24-bk-41361

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is Womble Bond Dickinson (US) LLP, 655 N. Central Ave., Suite 2300, Glendale, CA 91203.

On March 13, 2025, I caused to serve true copies of the following document(s) described as:

**NOTICE OF INTENT TO PROCEED WITH FORECLOSURE PURSUANT TO ORDER GRANTING STIPULATION OF DEBTOR AND SECURED CREDITOR MASSO TO ALLOW DEBTOR TO SELL OR REFINANCE PROPERTY BY MARCH 31, 2025, OR FOR RELIEF FROM THE AUTOMATIC STAY (ECF No. 57)**

on the interested parties in this action as follows:

☒ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

Ally Financial, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2025, at Laguna Niguel, California.

_____/s/Linda Bolter_____
Linda Bolter

CERTIFICATE OF SERVICE
Case No. 24-bk-41361