1  G. Warren Bleeker, Bar No. 210834
   warren.bleeker@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   655 North Central Avenue, Suite 2300
3  Glendale, CA  91203
   Tel:    626.795.9900
4  Fax:    626.577.8800

5  T. Emiliano Aguirre (Admitted *Pro hac vice*)
   emiliano.aguirre@wbd-us.com
6  WOMBLE BOND DICKINSON (US) LLP
   201 E. Washington Street, Suite 1200
7  Phoenix, AZ 85004
   Tel:    602.262.5311
8  Fax:    602.262.5747

9  *Attorneys for Secured Creditor*
   *Stephanie Masso*

10          **UNITED STATES BANKRUPTCY COURT**

11          **NORTHERN DISTRICT OF CALIFORNIA**

12
   LISA MARIE TEMPLER,                     Case No. 24-bk-41361
13
              Debtor.                       Chapter 13
14
                                            **DECLARATION OF
15                                          G. WARREN BLEEKER IN SUPPORT
                                            OF NOTICE OF INTENT TO PROCEED
16                                          WITH FORECLOSURE PURSUANT
                                            TO ORDER GRANTING STIPULATION
17                                          OF DEBTOR AND SECURED
                                            CREDITOR MASSO TO ALLOW
18                                          DEBTOR TO SELL OR REFINANCE
                                            PROPERTY BY MARCH 31, 2025,
19                                          OR FOR RELIEF FROM THE
                                            AUTOMATIC STAY (ECF No. 57)**
20

21

22

23

24

25

26

27

28
                                            DECLARATION OF G. WARREN BLEEKER
                                            IN SUPPORT OF NOTICE OF INTENT TO
                                            PROCEED WITH FORECLOSURE
                                            Case No. 24-bk-41361


655 North Central Avenue, Suite 2300
Glendale, CA  91203
WOMBLE BOND DICKINSON

I, G. Warren Bleeker, declare as follows:

1.     I am the attorney of record for Secured Creditor Stephanie Masso ("Masso" or "Secured Creditor") and I have personal knowledge of the facts set forth in this Declaration, except where noted.

2.     The Stipulation of Debtor and Secured Creditor Masso to Allow Debtor to Sell or Refinance Property by March 31, 2025, or for Relief From the Automatic Stay ("Stipulation") (ECF No. 57) was filed on January 14, 2025. A true and correct copy of the Stipulation is attached hereto as **Exhibit "1"**.

3.     On January 17, 2025, this Court entered an Order Granting the Stipulation ("Order"), which Order was signed by U.S. Bankruptcy Judge Charles Novack on January 16, 2025 (ECF No. 59).

4.     I understand that the Debtor has failed to fulfill the terms of the Stipulation in that the Debtor failed to pay Secured Creditor Masso the Monthly Payment by the March 1, 2025, deadline ("Default").

5.     Secured Creditor Masso served a formal notice of the Default upon Debtor's counsel on March 10, 2025, pursuant to Section 7 of the Stipulation ("Notice of Default"), stating that:

> The Parties further agree that in the event the Debtor defaults on the Monthly Payments prior to the Deadline and fails to timely make the Monthly Payments, following the expiration of two (2) business days after creditor has transmitted a notice of default to debtor's counsel at jim@shepwoodlaw.com, then the automatic stay shall be terminated for Creditor Masso as to the Property the day after the Monthly Payment is due under the Note, and that Creditor Masso may proceed to enforce her state law rights and remedies against the Property, including, but not limited to, foreclosure of the Property.

A true and correct copy of the Notice of Default is attached hereto as **Exhibit "2"**.

6.     Debtor has failed to timely cure the Default in connection with the missed Monthly Payment due March 1, 2025.

7.     Pursuant to Section 7 of the Stipulation, Debtor agreed that in the event of an uncured Default, the automatic stay shall automatically expire two (2) business days after the issuance of the Notice of Default.

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

-1-

DECLARATION OF G. WARREN BLEEKER
IN SUPPORT OF NOTICE OF INTENT TO
PROCEED WITH FORECLOSURE
Case No. 24-bk-41361

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

8.    The two-day cure period expired on March 12, 2025.

9.    I understand that, to date, no payment has been made by the Debtor for March 2025, and the Monthly Payment for March 2025 remains in Default as of the date of this Declaration.

10.    Debtor's counsel communicated to me at approximately 11:00 a.m. on March 12, 2025, and represented that the Debtor is currently in the hospital as of March 12, 2025. However, the Monthly Payment was due nearly two weeks ago on March 1, 2025. Nonetheless, as a courtesy, Secured Creditor Masso waited an additional 24 hours from receiving the communication from Debtor's counsel, to proceed with the foreclosure, to allow Debtor's counsel additional time to consult with Debtor. As explained above, however, as of today's date, I have received no further update from Debtor's counsel, and I understand that still no payment has been made by the Debtor for the March 2025 Monthly Payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 13th of March, 2025, at Altadena, California.

_____
G. Warren Bleeker

DECLARATION OF G. WARREN
BLEEKER IN SUPPORT OF INTENT TO
PROCEED WITH FORECLOSURE
Case No. 24-bk-41361

Case: 24-41361    Doc# 79-1    Filed: 03/13/25    Entered: 03/13/25 11:00:05    Page 3 of 16

# Exhibit 1

1    G. Warren Bleeker, Bar No. 210834
     Warren.Bleeker@wbd-us.com
2    WOMBLE BOND DICKINSON (US) LLP
     655 North Central Avenue, Suite 2300
3    Glendale, CA 91203
     Tel:     626.795.9900
4    Fax:    626.577.8800

5    T. Emiliano Aguirre (Admitted *Pro hac vice*)
     Emiliano.Aguirre@wbc-us.com
6    WOMBLE BOND DICKINSON (US) LLP
     201 E. Washington Street, Suite 1200
7    Phoenix, AZ 85004
     Tel:     602.262.5311
8    Fax:    602.262.5747

9    *Attorneys for Secured Creditor Stephanie Masso*

10    U.S. BANKRUPTCY COURT OF THE

11    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE TEMPLER, | Case No. 24-bk-41361 |
| Debtor, | Chapter 13 |
| | **STIPULATION OF DEBTOR AND SECURED CREDITOR MASSO TO ALLOW DEBTOR TO SELL OR REFINANCE PROPERTY BY MARCH 31, 2025 OR FOR RELIEF FROM THE AUTOMATIC STAY** |

Secured Creditor, Stephanie Masso ("Creditor Masso"), by and through her counsel, G. Warren Bleeker and T. Emiliano Aguirre, of the law firm Womble Bond Dickinson (US) LLP[1], Lisa Marie Templer ("Debtor"), by and through her counsel, in the above-referenced case, James A. Shepherd and E. Vincent Wood, of the law firm Shepherd & Wood LLP, hereby stipulate and agree ("Stipulation") as follows:

       1.      Secured Creditor Masso is the holder of interest on that certain Promissory Note Secured by Deed of Trust dated March 1, 2023 ("Note") in the amount of $350,000, entered into between Lawrence Edward Templer, Jr. and Lisa M. Templer ("Borrowers").

---

[1] Lewis Roca Rothgerber Christie LLP has changed its name to Womble Bond Dickinson (US) LLP effective January 1, 2025. The new email address for the lawyers appearing in this case is set forth above. The firm address and phone number remain the same.



655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

2. On November 7, 2024, Creditor Masso filed a Motion to Terminate the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) and (d)(4)(A) (Real Property: 2505 Devpar Court, Antioch, CA 94509, APN 068-300-004-6) and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) (ECF No. 30), which this Court has taken under advisement.

3. Debtor desires to refinance or sell the Real Property located at 2505 Devpar Court, Antioch, CA 94509 (the "Property") and pay Creditor Masso's claim in full prior to March 31, 2025.

4. Debtor agrees to pay the default interest and attorneys' fees at the time of the sale or refinance instead of requiring interim payments from the Debtor through March 2025. Debtor reserves the right to challenge Creditor Masso's demand into escrow in any sale or refinancing transaction, on any ground.

5. The Parties agree that the monthly payments from Debtor to Creditor Masso will only consist of the payments in the amount of $3,815.67 per month due under the Note ("Monthly Payments"), without applying default interest through March 2025.

6. The Parties further agree that upon entry of an order by the Bankruptcy Court approving this Stipulation, the automatic stay pursuant to 11 U.S.C. § 362 shall be terminated on April 1, 2025, as to the Property and that Creditor Masso may proceed to enforce her state law rights and remedies against the Property, including, but not limited to, foreclosure of the Property, in the event that the Property is not refinanced or sold and Creditor Masso is not paid in full by March 31, 2025 ("Deadline"), provided that debtor reserves the right to seek court approval to extend the Deadline.

7. The Parties further agree that in the event the Debtor defaults on the Monthly Payments prior to the Deadline and fails to timely make the Monthly Payments, following the expiration of two (2) business days after creditor has transmitted a notice of default to debtor's counsel at jim@shepwoodlaw.com, then the automatic stay shall be terminated for Creditor Masso as to the Property the day after the Monthly Payment is due under the Note, and that Creditor Masso may proceed to enforce her state law rights and remedies against the Property, including, but not limited to, foreclosure of the Property.

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

8.      The Parties further agree that in the event first deed of trust holder U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-1 obtains an order from the Bankruptcy Court terminating the automatic stay pursuant to 11 U.S.C. § 362 prior to the March 31, 2025 Deadline, then the automatic stay shall be terminated immediately on the same date for Creditor Masso as to the Property, and that Creditor Masso may proceed to enforce her state law rights and remedies against the Property, including, but not limited to, foreclosure of the Property.

9.      The Parties further agree to waive the 14-day stay of the order terminating the automatic stay under FRBP 4001(a)(3) in the event the stay is terminated at any time.

10.      The Parties further stipulate and request that the Court order that the briefing requested from this Court during the continued hearing on Creditor Masso's Motion to Terminate the Automatic Stacy, to determine if cause exists to terminate the stay under 11 U.S.C. § 362, held on January 3, 2025, at 10:00 a.m., is now moot and no longer necessary in light of this Stipulation agreeing to the payment of post-petition default interest to Creditor Masso upon the sale or refinance of the Property, and the briefing on the issue of a commercial property in a chapter 13 case and Creditor Masso's entitlement to stay termination, including an analysis regarding the default interest rate and the issue of adequate protection, and whether on a commercial loan the Debtor in a Chapter 13 may modify the terms of the secured creditor's Promissory Note because it is not a residential property.

**IT IS SO STIPULATED.**

DATED this 14th day of January, 2025

G. Warren Bleeker
T. Emiliano Aguirre
WOMBLE BOND DICKINSON (US) LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203
Tel:      626.795.9900
Fax:      626.577.8800
*Attorneys for Secured Creditor Stephanie Masso*

James A. Shepherd
E. Vincent Wood
SHEPHERD & WOOD LLP
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Tel:      925.278.6680
Fax:      925.955.1655
*Attorneys for Debtor*

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

655 North Central Avenue, Suite 2300
Glendale, CA 91203



WOMBLE BOND DICKINSON

# CERTIFICATE OF SERVICE

1

2   At the time of service, I was over 18 years of age and not a party to this action. I am
3   employed in the County of Los Angeles, State of California. My business address is
655 N. Central Ave., Suite 2300, Glendale, CA 91203.

4   On January 14, 2025, I caused to serve true copies of the following document(s)
described as:

5

**STIPULATION TO ALLOW DEBTOR TO SELL OR REFINANCE PROPERTY BY**
6   **MARCH 31, 2025 OR FOR RELIEF FROM THE AUTOMATIC STAY**

7   on the interested parties in this action as follows:

8   ☒ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons
at the addresses listed above and placed the envelope for collection and mailing, following our
9   ordinary business practices. I am readily familiar with the firm's practice for collecting and
processing correspondence for mailing. On the same day that correspondence is placed for
10  collection and mailing, it is deposited in the ordinary course of business with the United States
Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the
11  county where the mailing occurred.

12                  Ally Financial, c/o AIS Portfolio Services, LLC
                          4515 N Santa Fe Ave. Dept. APS
13                          Oklahoma City, OK 73118

14  ☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with
the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered
15  CM/ECF users will be served by the CM/ECF system. Participants in the case who are not
registered CM/ECF users will be served by mail or by other means permitted by the court rules.

16

17  I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

18  Executed on January 14, 2025, at Laguna Niguel, California.

19

20                          _s/Linda Bolter_
                              Linda Bolter

21

22

23

24

25

26

27

28

# Exhibit 2

## Bleeker, Warren

| | |
|---|---|
| **From:** | Bleeker, Warren |
| **Sent:** | Monday, March 10, 2025 5:50 PM |
| **To:** | jim@shepwoodlaw.com |
| **Cc:** | Brown, Ogonna; Aguirre, T. Emiliano; Team OMB; Bolter, Linda L. |
| **Subject:** | 2025.01.14 _0057.00_ Stipulation to Allow to Sell Property by March 31_ 2025(127207382.1).pdf |
| **Attachments:** | 2025.01.14 _0057.00_ Stipulation to Allow to Sell Property by March 31_ 2025(127207382.1).pdf |

**Importance:**     High

Dear Jim:

Pursuant to Section 7 of the stipulation (ECF No. 57) approved by the Bankruptcy Court, please allow this email to serve as formal notice of the debtor's failure to make the March 1, 2025, payment:

The Parties further agree that in the event the Debtor defaults on the Monthly
Payments prior to the Deadline and fails to timely make the Monthly Payments, following the
expiration of two (2) business days after creditor has transmitted a notice of default to debtor's
counsel at jim@shepwoodlaw.com, then the automatic stay shall be terminated for Creditor Masso
as to the Property the day after the Monthly Payment is due under the Note, and that Creditor Masso
may proceed to enforce her state law rights and remedies against the Property, including, but not
limited to, foreclosure of the Property.

Thank you.

--Warren

**Warren Bleeker**
He/Him
Partner
Womble Bond Dickinson (US) LLP

**d:** 626.683.4521
**e:** Warren.Bleeker@wbd-us.com

655 North Central Avenue
Suite 2300
Glendale, CA 91203



**womblebonddickinson.com**



Case: 24-41361    Doc# 79-1    Filed: 03/13/25    Entered: 03/13/25 11:00:05    Page 11 of 16

1   G. Warren Bleeker, Bar No. 210834
    Warren.Bleeker@wbd-us.com
2   WOMBLE BOND DICKINSON (US) LLP
    655 North Central Avenue, Suite 2300
3   Glendale, CA  91203
    Tel:    626.795.9900
4   Fax:    626.577.8800

5   T. Emiliano Aguirre (Admitted *Pro hac vice*)
    Emiliano.Aguirre@wbc-us.com
6   WOMBLE BOND DICKINSON (US) LLP
    201 E. Washington Street, Suite 1200
7   Phoenix, AZ 85004
    Tel:    602.262.5311
8   Fax:    602.262.5747

9   *Attorneys for Secured Creditor Stephanie Masso*

10          U.S. BANKRUPTCY COURT OF THE

11          NORTHERN DISTRICT OF CALIFORNIA

12

13  LISA MARIE TEMPLER,                      Case No. 24-bk-41361

        Debtor,                              Chapter 13
14

15                                           **STIPULATION OF DEBTOR AND
                                             SECURED CREDITOR MASSO TO
16                                           ALLOW DEBTOR TO SELL OR
                                             REFINANCE PROPERTY BY MARCH 31,
                                             2025 OR FOR RELIEF FROM THE
17                                           AUTOMATIC STAY**

18

19          Secured Creditor, Stephanie Masso ("Creditor Masso"), by and through her counsel,

20  G. Warren Bleeker and T. Emiliano Aguirre, of the law firm Womble Bond Dickinson (US) LLP[1],

21  Lisa Marie Templer ("Debtor"), by and through her counsel, in the above-referenced case,

22  James A. Shepherd and E. Vincent Wood, of the law firm Shepherd & Wood LLP, hereby stipulate

23  and agree ("Stipulation") as follows:

24          1.      Secured Creditor Masso is the holder of interest on that certain Promissory Note

25  Secured by Deed of Trust dated March 1, 2023 ("Note") in the amount of $350,000, entered into

26  between Lawrence Edward Templer, Jr. and Lisa M. Templer ("Borrowers").

27  ───────────────────
    [1] Lewis Roca Rothgerber Christie LLP has changed its name to Womble Bond Dickinson (US)
28  LLP effective January 1, 2025. The new email address for the lawyers appearing in this case is set
    forth above. The firm address and phone number remain the same.

655 North Central Avenue, Suite 2300
Glendale, CA  91203

WOMBLE BOND DICKINSON

2.	On November 7, 2024, Creditor Masso filed a Motion to Terminate the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) and (d)(4)(A) (Real Property: 2505 Devpar Court, Antioch, CA 94509, APN 068-300-004-6) and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) (ECF No. 30), which this Court has taken under advisement.

3.	Debtor desires to refinance or sell the Real Property located at 2505 Devpar Court, Antioch, CA 94509 (the "Property") and pay Creditor Masso's claim in full prior to March 31, 2025.

4.	Debtor agrees to pay the default interest and attorneys' fees at the time of the sale or refinance instead of requiring interim payments from the Debtor through March 2025. Debtor reserves the right to challenge Creditor Masso's demand into escrow in any sale or refinancing transaction, on any ground.

5.	The Parties agree that the monthly payments from Debtor to Creditor Masso will only consist of the payments in the amount of $3,815.67 per month due under the Note ("Monthly Payments"), without applying default interest through March 2025.

6.	The Parties further agree that upon entry of an order by the Bankruptcy Court approving this Stipulation, the automatic stay pursuant to 11 U.S.C. § 362 shall be terminated on April 1, 2025, as to the Property and that Creditor Masso may proceed to enforce her state law rights and remedies against the Property, including, but not limited to, foreclosure of the Property, in the event that the Property is not refinanced or sold and Creditor Masso is not paid in full by March 31, 2025 ("Deadline"), provided that debtor reserves the right to seek court approval to extend the Deadline.

7.	The Parties further agree that in the event the Debtor defaults on the Monthly Payments prior to the Deadline and fails to timely make the Monthly Payments, following the expiration of two (2) business days after creditor has transmitted a notice of default to debtor's counsel at jim@shepwoodlaw.com, then the automatic stay shall be terminated for Creditor Masso as to the Property the day after the Monthly Payment is due under the Note, and that Creditor Masso may proceed to enforce her state law rights and remedies against the Property, including, but not limited to, foreclosure of the Property.

Case: 24-41361    Doc# 79-1    Filed: 01/03/25    Entered: 01/03/25 11:04:05    Page 2 of 3
of 16

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON

1    8.    The Parties further agree that in the event first deed of trust holder U.S. Bank

2  National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-1 obtains an

3  order from the Bankruptcy Court terminating the automatic stay pursuant to 11 U.S.C. § 362 prior

4  to the March 31, 2025 Deadline, then the automatic stay shall be terminated immediately on the

5  same date for Creditor Masso as to the Property, and that Creditor Masso may proceed to enforce

6  her state law rights and remedies against the Property, including, but not limited to, foreclosure of

7  the Property.

8    9.    The Parties further agree to waive the 14-day stay of the order terminating the

9  automatic stay under FRBP 4001(a)(3) in the event the stay is terminated at any time.

10    10.    The Parties further stipulate and request that the Court order that the briefing

11  requested from this Court during the continued hearing on Creditor Masso's Motion to Terminate

12  the Automatic Stacy, to determine if cause exists to terminate the stay under 11 U.S.C. § 362, held

13  on January 3, 2025, at 10:00 a.m., is now moot and no longer necessary in light of this Stipulation

14  agreeing to the payment of post-petition default interest to Creditor Masso upon the sale or

15  refinance of the Property, and the briefing on the issue of a commercial property in a chapter 13

16  case and Creditor Masso's entitlement to stay termination, including an analysis regarding the

17  default interest rate and the issue of adequate protection, and whether on a commercial loan the

18  Debtor in a Chapter 13 may modify the terms of the secured creditor's Promissory Note because it

19  is not a residential property.

20    **IT IS SO STIPULATED.**

21    DATED this 14th day of January, 2025

22

23  G. Warren Bleeker                          James A. Shepherd
    T. Emiliano Aguirre                        E. Vincent Wood
24  WOMBLE BOND DICKINSON (US) LLP             SHEPHERD & WOOD LLP
    655 North Central Avenue, Suite 2300       2950 Buskirk Avenue, Suite 300
25  Glendale, CA 91203                         Walnut Creek, CA 94597
    Tel:   626.795.9900                        Tel:   925.278.6680
26  Fax:   626.577.8800                        Fax:   925.955.1655
    *Attorneys for Secured Creditor Stephanie  Attorneys for Debtor*
27  *Masso*

28

655 North Central Avenue, Suite 2300
Glendale, CA 91203



WOMBLE BOND DICKINSON

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 655 N. Central Ave., Suite 2300, Glendale, CA 91203.

On January 14, 2025, I caused to serve true copies of the following document(s) described as:

**STIPULATION TO ALLOW DEBTOR TO SELL OR REFINANCE PROPERTY BY MARCH 31, 2025 OR FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action as follows:

☒ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

Ally Financial, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 14, 2025, at Laguna Niguel, California.

_s/Linda Bolter_
Linda Bolter

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is Womble Bond Dickinson (US) LLP, 655 N. Central Ave., Suite 2300, Glendale, CA 91203.

On March 13, 2025, I caused to serve true copies of the following document(s) described as:

**DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF NOTICE OF INTENT TO PROCEED WITH FORECLOSURE PURSUANT TO ORDER GRANTING STIPULATION OF DEBTOR AND SECURED CREDITOR MASSO TO ALLOW DEBTOR TO SELL OR REFINANCE PROPERTY BY MARCH 31, 2025, OR FOR RELIEF FROM THE AUTOMATIC STAY (ECF No. 57)**

on the interested parties in this action as follows:

☒ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

Ally Financial, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2025, at Laguna Niguel, California.

_s/Linda Bolter_
Linda Bolter

655 North Central Avenue, Suite 2300
Glendale, CA 91203

WOMBLE BOND DICKINSON