

**The following constitutes the order of the Court.**
**Signed: May 19, 2025**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

John P. Ward (SBN 274895)
jward@attleseyward.com
Carl C. Jones (SBN 340719)
cjones@attleseyward.com
ATTLESEY | WARD, LLP
111 Pacifica, Ste. 140
Irvine, California 92618
Tel. 714-508-4949
Fax. 714-508-0015
*Attorneys for U.S. Bank National Association,*
*as Trustee for Velocity Commercial Capital*
*Loan Trust 2021-1*

## U.S. BANKRUPTCY COURT OF THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE TEMPLER,<br><br>    Debtor, | ) Case No.: 24-41361<br>)<br>) Chapter 7<br>)<br>) **ORDER GRANTING SECURED CREDITOR**<br>) **U.S. BANK NATIONAL ASSOCIATION, AS**<br>) **TRUSTEE FOR VELOCITY COMMERCIAL**<br>) **CAPITAL LOAN TRUST 2021-1'S MOTION**<br>) **FOR RELIEF FROM THE AUTOMATIC**<br>) **STAY PURSUANT TO 11 U.S.C. § 362 AND**<br>) **WAIVER OF THE 14-DAY STAY UNDER**<br>) **FRBP 4001(a)(3)**<br>)<br>) |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

    Secured creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-1's ("U.S. Bank") MOTION TO TERMINATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (REAL PROPERTY: 2505 DEVPAR COURT, ANTIOCH, CA 94509, APN 068-300-004-6) AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3) (the "Motion") came on for hearing on May 14, 2025, at 10:00 a.m. in Courtroom 215 of the above-entitled Court.

    Having reviewed and considered the Motion and the papers filed in connection therewith, all

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1 pleadings and papers filed in this action, the arguments of counsel, and good cause therefore appearing:

2      **IT IS ORDERED** that the Motion is hereby GRANTED.

3      **IT IS FURTHER ORDERED** that U.S. Bank is granted relief from the automatic stay in the

4 above-captioned action.

5      **IT IS FURTHER ORDERED** that this order for relief affects the real property located at 2505

6 Devpar Court, Antioch, California 94509 (the "Property").

7      **IT IS FURTHER ORDERED** that the automatic stay is terminated as to the Debtor and Debtor's

8 bankruptcy estate under section 362(d)(1) as to U.S. Bank, its successors, transferees, and assigns.

9      **IT IS FURTHER ORDERED** that U.S. Bank may enforce its remedies to foreclose upon or

10 otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy

11 law.

12      **IT IS FURTHER ORDERED** that the 14-day stay provided by FRBP 4001(a)(3) is waived.

13      **IT IS FURTHER ORDERED** that this order is binding and effective notwithstanding any

14 conversion of the above-captioned bankruptcy case to any case under any other chapter of the Bankruptcy

15 Code.

16

17                       **\*\*\*END OF ORDER\*\*\***

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1

2 **Ally Financial, c/o AIS Portfolio Services, LLC**

3 4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 24-41361    Doc# 96    Filed: 05/19/25    Entered: 05/19/25 15:44:07    Page 3 of 3
COURT SERVICE LIST