United States Bankruptcy Court

Northern District of California

| In re: | Case No. 24-41361-CN |
|---|---|
| Lisa Marie Templer | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0971-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: ODSC7FI | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Templer, 2505 Devpar Court, Antioch, CA 94509-2876 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, c/of ATTLESEY WARD, LLP, 111 Pacifica Suite 140, Irvine, CA 92618-7422 |
| 15678215 | + | Lawrence E. Templer, Jr., c/o Templer Auto Body, 2505 Devpar Ct., Antioch, CA 94509-2876 |
| 15678167 | + | Lawrence Templer, Jr., 2505 Devpar Court, Antioch, CA 94509-2876 |
| 15662660 | + | Stephanie Masso, c/o Ogonna Brown, Esq., 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169-5996 |
| 15678212 | | U,S. Bank Trust Co.,, N.A., as Trustee, c/o Assured Lender, Services Inc., 111 Pacifica, Suite 140 North Hollywood, CA 91618 |
| 15678166 | + | U.S. Bank Trust Co., N.A. as Trustee, c/o Assured Lender Services, Inc., 111 Pacifica, Suite 140, Irvine, CA 92618-7422 |
| 15662667 | + | ZTs Foreclosure Services, LLC, 217 Civic Center Drive Suite 2, Vista, CA 92084-6170 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 06 2025 04:36:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 06 2025 04:36:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Sep 06 2025 04:36:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | ^ | MEBN | Sep 06 2025 00:38:54 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| cr | + | EDI: AISACG.COM | Sep 06 2025 04:36:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15686601 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2025 00:46:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15662639 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2025 00:45:14 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15662638 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2025 00:45:51 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15662641 | | EDI: TSYS2 | Sep 06 2025 04:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15662640 | | EDI: TSYS2 | Sep 06 2025 04:36:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15662644 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 06 2025 00:43:00 | Carmax Auto Finance, 225 Chastain Meadows Ct NW, Kennesaw, GA 30144-5897 |
| 15662645 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 06 2025 00:43:00 | Carmax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Henrico, VA 23238 |
| 15662643 | | EDI: CAPITALONE.COM | | |

| Notice # | Method | Date/Time | Recipient |
|---|---|---|---|
| 15662642 | EDI: CAPITALONE.COM | Sep 06 2025 04:36:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| | | Sep 06 2025 04:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15679918 | + EDI: AIS.COM | Sep 06 2025 04:36:00 | Capital One N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15691776 | EDI: CITICORP | Sep 06 2025 04:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15662646 | EDI: CITICORP | Sep 06 2025 04:36:00 | Citibank/Shell Oil, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15662647 | EDI: CITICORP | Sep 06 2025 04:36:00 | Citibank/Shell Oil, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15662649 | EDI: WFNNB.COM | Sep 06 2025 04:36:00 | Comenity Capital/Idd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15662648 | EDI: WFNNB.COM | Sep 06 2025 04:36:00 | Comenity Capital/Idd, PO Box 182120, Columbus, OH 43218-2120 |
| 15662650 | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2025 00:46:20 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15662651 | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2025 00:45:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15662659 | EDI: CITICORP | Sep 06 2025 04:36:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 15672476 | EDI: DISCOVER | Sep 06 2025 04:36:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15662652 | EDI: DISCOVER | Sep 06 2025 04:36:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15662653 | EDI: DISCOVER | Sep 06 2025 04:36:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15760435 | + Email/Text: sharan@firmco.com | Sep 06 2025 00:44:00 | Firmco Financial, Inc., Attn: Bankruptcy, 4700 South State St., Salt Lake City, UT 84107-3818 |
| 15674901 | EDI: CALTAX.COM | Sep 06 2025 04:36:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento CA 95812-2952 |
| 15662654 | + EDI: CALTAX.COM | Sep 06 2025 04:36:00 | Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0001 |
| 15662655 | + EDI: IRS.COM | Sep 06 2025 04:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15688505 | EDI: JEFFERSONCAP.COM | Sep 06 2025 04:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15680752 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 06 2025 00:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15662656 | EDI: JPMORGANCHASE | Sep 06 2025 04:36:00 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 15662657 | EDI: JPMORGANCHASE | Sep 06 2025 04:36:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15692046 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2025 00:56:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15662658 | EDI: CITICORP | Sep 06 2025 04:36:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15693457 | EDI: PRA.COM | | |

| Recip ID | Bypass Reason / Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 06 2025 04:36:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15691352 | EDI: Q3G.COM | Sep 06 2025 04:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15662662 | EDI: SYNC | Sep 06 2025 04:36:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15662661 | + EDI: SYNC | Sep 06 2025 04:36:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 15691291 | Email/Text: bncmail@w-legal.com | Sep 06 2025 00:43:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 15662663 | EDI: WTRRNBANK.COM | Sep 06 2025 04:36:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 15662664 | EDI: WTRRNBANK.COM | Sep 06 2025 04:36:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15662665 | Email/Text: bknotice@upgrade.com | Sep 06 2025 00:42:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 15662666 | Email/Text: bknotice@upgrade.com | Sep 06 2025 00:42:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 15680853 | EDI: USBANKARS.COM | Sep 06 2025 04:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | Firmco Financial, Inc. |
| cr | | Stephanie Masso |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Warren Bleeker | on behalf of Creditor Stephanie Masso warren.bleeker@wbd-us.com lbolter@lrrc.com |

| | |
|---|---|
| James A. Shepherd | on behalf of Debtor Lisa Marie Templer general@shepwoodlaw.com |
| Janina M Hoskins | jmelder7@aol.com Ca80@ecfcbis.com |
| John P Ward | on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-1 jward@attleseyward.com, ephuong@attleseyward.com |
| Marta M. Guzman | on behalf of Petitioning Creditor Firmco Financial Inc. martamguzman@yahoo.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Troy Emiliano Aguirre | on behalf of Creditor Stephanie Masso emiliano.aguirre@wbd-us.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court (Oakland)

**In re:**
Lisa Marie Templer
2505 Devpar Court
Antioch, CA 94509

Debtor(s)

**Case Number:** 24–41361 CN 7
**Chapter:** 7

**Debtor/Joint Debtor Social Security Number(s):**
xxx–xx–2239

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Janina M Hoskins in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 9/5/25

By the Court:

Charles Novack
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 112

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**